## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **EQUILIBRIUM CATALYST, INC.,** Plaintiff | **CIVIL DOCKET NO. 1:20-CV-01159** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **VINCENT P. SCALLAN, ET AL,** Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 10], and after a *de novo* review of the record, including the Objection filed by Defendants [ECF No. 11], having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Equilibrium Catalyst, Inc.'s Motion to Remand [ECF No. 6] is GRANTED for lack of subject matter jurisdiction, and this case is REMANDED to the Tenth Judicial District Court, Natchitoches Parish, Louisiana.

THUS, DONE AND SIGNED in Chambers, this 7th day of September 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE